IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATASHA SRIVASTAVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LVNV FUNDING, LLC,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>: CASE NO. 2:20-cv-1674<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant LVNV Funding, LLC hereby removes the above-captioned matter to this Court from the Court of Common Pleas of Allegheny County, Pennsylvania and in support thereof avers as follows:

1.　LVNV Funding, LLC is a defendant in a civil action originally filed on July 21, 2020 in the Court of Common Pleas of Allegheny County, Pennsylvania titled *Natasha Srivastava v. LVNV Funding, LLC* and docketed to Case No. GD-20-007807.

2.　The removal is timely under 28 U.S.C. § 1446(b). LVNV received service of Plaintiff's Complaint on or about October 16, 2020.

3.　Pursuant to 28 U.S.C. § 1446, copies of all process, pleadings and orders filed in the state court action are attached as exhibits to this Notice.

4.      The District Court[1] has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against LVNV alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5.      On this date, LVNV has provided notice of this Removal to counsel for Plaintiff and to the Court of Common Pleas of Allegheny County, Pennsylvania.

WHEREFORE, Defendant LVNV Funding, LLC respectfully removes this case to the United States District Court for the Western District of Pennsylvania.

                Respectfully submitted,

                **MESSER STRICKLER, LTD.**

By:     */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       PA Bar No. 92412
       12276 San Jose Blvd.
       Suite 718
       Jacksonville, FL 32223
       (904) 527-1172
       (904) 683-7353 (fax)
       lburnette@messerstrickler.com
       *Counsel for Defendant*

Dated: November 3, 2020

---

[1] Plaintiff commenced this claim in Allegheny County, Pennsylvania notwithstanding the fact that her alleged causes of action arose in Philadelphia County, Pennsylvania which lies within jurisdiction of the U.S. District Court for the Eastern District of Pennsylvania. *See* Plaintiff's Complaint, ¶ 1. LVNV has filed Preliminary Objections as to venue.

## CERTIFICATE OF SERVICE

I certify that on November 3, 2020, a true copy of the foregoing document was served as follows:

| *Via Email & U.S. Mail, Postage Prepaid* | *Via Electronic Filing* |
|---|---|
| Joshua P. Ward | Court of Common Pleas |
| Kyle Steenland | Allegheny County |
| The Law Firm of Fenters Ward | 414 Grant St. |
| The Rubicon Building | Pittsburgh, PA 15219 |
| 201 South Highland Avenue | |
| Suite 201 | |
| Pittsburgh, PA 15206 | |
| JWard@FentersWard.com | |
| KSteenland@FentersWard.com | |
| *Counsel for Plaintiff* | |

**MESSER STRICKLER, LTD.**

By:  */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: November 3, 2020